B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Republic Windows & Doors LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1673760** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**930 W. Evergreen**<br>**Chicago, IL**<br>ZIP Code **60622** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Republic Windows & Doors LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)       (Date)

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Republic Windows & Doors LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _BDSL_____
Signature of Attorney for Debtor(s)

**Brian L. Shaw 6216834**
Printed Name of Attorney for Debtor(s)

**Shaw Gussis et al**
Firm Name

**321 N. Clark Street
Suite 800
Chicago, IL 60654**
Address

**312-541-0151  Fax: 312-980-3888**
Telephone Number

**December 12, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Richard B. Gillman**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**December 12, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# RESOLUTIONS OF THE SOLE MANAGER OF
# REPUBLIC WINDOWS & DOORS, LLC
### (an Illinois Limited Liability Company)

## December 10, 2008

WHEREAS, the undersigned, being the sole manager (the "Manager") of Republic Windows & Doors, LLC, an Illinois limited liability company (the "Company"), has considered the current financial and operational aspects of the Company's business;

WHEREAS, the Manager has considered the various options available to the Company in light of its current and anticipated future financial and operational status;

WHEREAS, the Manager recognizes the benefits and value to be realized by the Company and its various stakeholders in filing a petition for relief under the provisions of title 11, United States Code (the "Bankruptcy Code");

WHEREAS, in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company for relief under the provisions of the Bankruptcy Code;

NOW, THEREFORE, BE IT:

RESOLVED, that the Manager is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a voluntary petition under the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at such time as the Manager executing the same shall determine and in such form or forms as the Manager may approve;

RESOLVED, that the Manager is hereby authorized on behalf of, and in the name of, the Company to employ and retain the law firm of Shaw, Gussis, Fishman, Glantz, Wolfson, & Towbin, LLC, as general bankruptcy counsel in connection with the Company's case under the Bankruptcy Code;

RESOLVED, that the Manager is hereby authorized to employ and retain such legal counsel, financial advisors, accountants, and other professionals to advise the Company in connection with its case under the Bankruptcy Code in the Manager's sole discretion;

RESOLVED, that the Manager is hereby authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Manager or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the Company's case under the Bankruptcy Code, in the Manager's sole discretion;

{000 RESO A0221858.DOC 2}

RESOLVED, that the Manager is hereby authorized on behalf of, and in the name of, the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these Resolutions, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof;

RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Manager, such actions are hereby ratified, confirmed and approved in all respects.


IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of December, 2008


RICHARD B. GILLMAN
Sole Manager of Republic Windows & Doors, LLC

## United States Bankruptcy Court
### Northern District of Illinois

In re   Republic Windows & Doors LLC _____        Case No. _____
                                      Debtor(s)                         Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **457**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 12, 2008** _____        _____
                                                    Richard B. Gillman/Manager
                                                    Signer/Title

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

800 RESPONSE
P.O. Box 1049
Burlington, VT 05402-1049


Abarca, Oscar
3503 W. 26th St
Chicago, IL 60623


ACCURATE FASTENERS
550 Applewood Cres., Bldg. 1
Concord, L4K4B4
CANADA


ACCURATE FIRE EQUIPMENT
3942 N. Central Ave.
Box #8
Chicago, IL 60634


ACCURATE REPRO INC.
2368 Corporate Lane #100
Naperville, IL 60563


Aceves, Gilberto
5702 S Fairfield
Chicago, IL 60629


ADDISON PROFESSIONAL FINANCIAL SEARCH IN
222 S. Riverside Plaza
Suite 1710
Chicago, IL 60606


ADVANCED VINYL SYSTEMS
172 Evergreen Street
Unit #1
Barberton, OH 44203


AETNA PLYWOOD, INC.
Lockbox 774315
4315 Solutions Center
Chicago, IL 60677-4003


AFFILIATED CONTROL EQUIPMENT COMPANY
2630 Eagle Way
Chicago, IL 60678-1026

Aguilar, Jose
3816 W. 64th St.
Chicago, IL 60629


Aguilar, Juan
3700 W 67 Pl
Chicago, IL 60629


AIRGAS
P.O. Box 802588
Chicago, IL 60680-2588


ALBANY STEEL AND BRASS
1900 W. Grand Avenue
Chicago, IL 60622


Alfaro, Ramiro
4700 W. Belden
Chicago, IL 60639


ALL METAL
Dept. 77-97142
Chicago, IL 60678-7142


ALUMINUM EXTRUSION INC
140 Matthews Drive
Senatobia, MS 38668


Amaya, Victoria
5054 W. Nelson
Chicago, IL 60641


AMERICAN ARCHITECTURAL MANUFACTURERS ASS
1827 Walden Office Square
Ste. 550
Schaumburg, IL 60173


AMESBURY BSI SAHARDWARE OMEGA
P.O. Box 75483
Charlotte, NC 28275-5483


AMESBURY GROUP TEXTILE
P.O. Box 75539
Charlotte, NC 28275

Anaya, Noemi
3748 W. 62 St
Chicago, IL 60629


Anaya, Santiago
2749 S. St. Louis
Chicago, IL 60623


Anaya, Trinidad
2749 S. St. Louis
Chicago, IL 60623


Anaya, Wenceslado
3748 W. 62nd St.
Chicago, IL 60629


ANDERSON PEST CONTROL
501 W. Lake Street
Suite 204
Elmhurst, IL 60126


AQUA SURTECH OEM
2148 Trans-Canada Highway
Dorval, H9P2N4
CANADA


ARAMARK UNIFORM SERVICES
4200 S. Halsted
Ste. 604
Chicago, IL 60609


ARC DISPOSAL & RECYCLING
P.O. Box 9001822
Louisville, KY 40290-1822


Arteaga, Ana
1630 S. Allport Ave
#2
Chicago, IL 60608


Arzuaga, Carmelo
2837 N. Central Park
Chicago, IL 60618

ASHLAND PRODUCTS COMPANY
Newell Rubbermaid, Inc.
P.O. Box 92026
Chicago, IL 60675


ASSOCIATED LABORATORIES
P.O. Box 152837
1323 Wall St.
Dallas, TX 75315


AT & T - 630-860-1666
P.O. Box 9001309
Louisville, KY 40290-1309


AT &T 630-595-4956-7699
P.O. Box 8100
Aurora, IL 60507-8100


AT&T MOBILITY  #837696149
P.O. Box 6463
Carol Stream, IL 60197-6463


ATLANTIS PLASTICS
57500 County Road
3 South
Elkhart, IN 46517


ATLAS BOLT & SCREW COMPANY
P.O. Box 96113
Chicago, IL 60693-6113


ATLAS COPCO COMPRESSORS,INC
75 Remittance Drive
Suite 3009
Chicago, IL 60675


ATLAS FORMS & GRAPHICS
20 Eisenhower Lane North
Lombard, IL 60148


Austin, John
240 153 RD. Place
Calumet City, IL 60409

AVERITT EXPRESS INC.
P.O. Box 3145
Cookeville, TN 38502-3145


Ayala, Maria
1734 W.Melrose
Chicago, IL 60657


Bahena, Pedro
5137 S. Kostner
Chicago, IL 60632


Bank of America
J. Douglas Bacon, Latham & Watkins
233 South Wacker Drive
Chicago, IL 60606


Barajas, Abel
5326 W. Newport
Chicago, IL 60641


Barajas, Martin
4844 W. Warwick
Chicago, IL 60639


Barcenas, Norma
5418 W. Parker
Chicago, IL 60639


Barker, William
3927 W Belden
Chicago, IL 60647


Barriga, Heriberto
2341 S. Ridgeway
Chicago, IL 60623


BDI--BEARING DISTRIBUTOR
P.O. Box 74493
Cleveland, OH 44194


BELLAGIO HOTEL
C/O AllFinance Services
1050 E. Flamingo Road, Suite 320
Las Vegas, NV 89119

Benavidez, Fanor
2822 N. Kilpatrick Ave
Chicago, IL 60641


Bender, Ronald
7318 S Wabash
Chicago, IL 60619


Benoit, Ray
1915 Westfield
Griffith, IN 46319


BERLIN METAL, INC
P.O. Box 2088
Dept. 3931
Milwaukee, WI 53201-2088


Bernabe, Heriberto
2531 S. Lawndale
Apt. 2
Chicago, IL 60623


Bernabe, Leopoldo
2531 Lawndale
Chicago, IL 60623


Bernabe, Mayra
2749 S. St. Louis
Chicago, IL 60623


BIG BAY LUMBER
1017 W. Division
Chicago, IL 60622


BLACK DOG GLASS MACHINERY & SUPPLIES  .L
3939 Hickory Hill Road
Murrysville, PA 15668


Bones, Edward
22521 Brookwood Drive
Sauk Village, IL 60411


BOSTIK FINDLEY, INC.
22838 Network Place
Chicago, IL 60673-1227

Brown, Ronald
425 E. 44th Street
Chicago, IL 60616


BROWN, UDELL & POMERANTZ, LTD
1332 North Halsted Street
Suite 100
Chicago, IL 60622


BULL SHARPENING SERVICE INC.
6332 W. Roosevelt Rd.
Oak Park, IL 60304


Burgos, Alberto
4007 W. Fullerton
#2
Chicago, IL 60639


BUSINESS 21 PUBLISHING
453A Baltimore Pike
Springfield, IL 19064


Bustos, Miguel
6229 W School
Basement
Chicago, IL 60634


C.R. LAURENCE CO.INC
P.O. Box 58923
Los Angeles, CA 90058-0923


Cabrera, Apolinar
5117 S Menard
Chicago, IL 60638


Caceres, Ricardo
5323 N. Central
Chicago, IL 60630


Calderon, Ignacia
4918 S Kolin
Chicago, IL 60632

CALDWELL MANUFACTURING CO.
Department 400
P.O. Box 8000
Buffalo, NY 14267


Calhoun, Darnell
3928 W 124th St.
Apt. C
Alsip, IL 60803


CAMPBELL & LEVINE, LLC
1700 Grant Building
Pittsburgh, PA 15219


CAPITAL AUTO BODY
2838 N. Elston
Chicago, IL 60618


CAPLUGS / PROTECTIVE ENCLOSURES
P.O. Box 104
Buffalo, NY 14240


CARDINAL CG
NW-9013
P.O. Box 1450
Minneapolis, MN 55485-9013


CARDINAL FG
P.O. Box 1450
Minneapolis, MN 55485-9013


Carney, Kevin
400 Greenbay Rd.
#203
Glencoe, IL 60022


Carrillo, Guilmar
1408 Lemoyne St.
Melrose Park, IL 60160


Carrillo, Osvaldo
5602 S Francisco
Chicago, IL 60629

Castellanos, Cesar
5705 S Fairfield Ave
Chicago, IL 60629


Castillo, Eduardo
900 W Argyle
Apt. 104
Chicago, IL 60640


CENTURY HARDWARE
13621 NE 126th Place
#400
Kirkland, WA 98034


Cerda, Benito
3638 W Diversey
Chicago, IL 60647


CERIDIAN BENEFITS
P.O. Box 10989
Newark, NJ 07193-0989


Cervantes, Dagoberto
2142 N. Keeler
Chicago, IL 60639


Chavez, Maria
2932 N. Whipple
Chicago, IL 60618


Chavez, Ramiro
6804 Nebraska
Hammond, IN 46323


Chunn, Chilonda
221 E. 121st Pl.
Apt. 111
Chicago, IL 60628


Cifuentes, Otto
2915 S. Emerald
Chicago, IL 60616

```
CITY TIRE & SUPPLY
452 W. 47th St.
Chicago, IL 60609-3517


CLEARSHIELD SYSTEMS TECHNOLOGY
1941 N. Hawthorne
Melrose Park, IL 60160


COLE-PARMER
13927 Collections Center Drive
Chicago, IL 60693


Colon, Davy
2707 W 22nd Place
Chicago, IL 60608


COMMONWEALTH EDISON
Bill Payment Center
Chicago, IL 60668-3513


COMPBENEFITS INSURANCE CO
P.O. Box 769849
Roswell, GA 30076-8230


CON-WAY CENTRAL EXPRESS
Dept. 2493
135 S. LaSalle St.
Chicago, IL 60674-2493


CON-WAY FREIGHT
P.O. Box 5160
Portland, OR 97208-5160


CONCENTRA - NORTH LOOP DOW
P.O. Box 488
Lombard, IL 60148


Conde, Ricardo
2152 N. Melvina
Chicago, IL 60639


Contreras, Miguel
2313 N. New Castle
Chicago, IL 60707
```

Cordova, Manuel
1796 Middlebury Dr.
Aurora, IL 60504


Cortez, Juan
3009 W. Cermak
Chicago, IL 60623


Costigan, Megan
1210 W Draper
Apt. 2
Chicago, IL 60614


CREATIVE VINYL PRODUCTS, INC.
1963 Touhy Ave.
Elk Grove Village, IL 60007


CROSSBOW INDUSTRIAL WATER
33156 Treasury Center
Chicago, IL 60694-3100


Cruz, Joel
7228 S. Kedzie Ave
Chicago, IL 60629


CUSTOM WINDOW EXTRUSIONS, INC.
P.O. Box 33092
Newark, NJ 07188-0092


CVL-USA
1150-A N. Swift Rd.
Addison, IL 60101


D&M SALES
P.O. Box 1921
Melrose Park, IL 60161-1921


DANNA MCKITRICK, P.C.
Attorney at Law
150 N. Mermec Ave., Ste. 450
St. Louis, MO 63105


DAPA PRODUCTS
3130 Industrial Drive
Jasper, AL 35501

De Leon, Erick
3043 N. Keating
Chicago, IL 60647


De Pasque, Noreen
2731 N. Hessing St.
Apt. 3
River Grove, IL 60171


De Paz, Osman
2227 S. 59th Court
Cicero, IL 60804


DECO PRODUCTS COMPANY
506 Sanford St.
Decorah, IA 52101


DENTAL CONCERN LTD
Humana Dental
P.O. Box 0897
Carol Stream, IL 60132-0897


DEX
#500080055
8519 Innovation Way
Chicago, IL 60682-0085


Diaz, Antonio
837 S. Elgin
Forest Park, IL 60130


Diaz, Maria H.
2227 N. Kenneth
Chicago, IL 60639


DOOR & WINDOW MFG MAGAZINE
P.O. Box 569
Garrisonville, VA 22463


ECHOTAPE USA INC
P.O. Box 2095
Champlain, NY 12919

EDGETECH I. G., INC.
P.O. Box 711960
Cincinnati, OH 45271-1960


Edwards, Frank
209 Burlington
Western Spring, IL 60558


Egan, Richard
5201 Runnymede Lane
Toledo, OH 43623


ELITE SECURITY SERVICE INC.
5209 SO. New England
Chicago, IL 60638


ENTERPRISE FLEET SERVICES
395 Roosevelt Rd
Glen Ellyn, IL 60137


ERDMAN AUTOMATION CORP
1603 South 14th Street
Princeton, MN 55371


Espinoza, Pedro
2444 S. Drake
Chicago, IL 60623


Espinoza, Victor
2822 S Ridgeway
Chicago, IL 60623


Estrada, William
3751 West Lyndale
Chicago, IL 60647


EVANSTON LUMBER CO.
1001 Sherman Ave.
Evanston, IL 60202


FABRICATION SPECIALTIES, INC.
8301 S. 77th Ave.
Bridgeview, IL 60455

FASCO HARDWARE
6625 Ordan Drive, Unit 1
Mississauga  ON, L5T 1X2
CANADA


FASTENAL COMPANY
P.O. Box 978
Winona, MN 55987


FEDERAL EXPRESS
P.O. Box 94515
Palatine, IL 60094-4515


FEDEX FREIGHT
P.O. Box 406708
Atlanta, GA 30384-6708


Ferguson, John
3542 W. Fulton
Chicago, IL 60624


Fernandez, Humberto
3711 W. Marquette Rd
Chicago, IL 60629


FIBREFORM CONTAINERS, INC
N115 W. 19255 Edision Drive
Germantown, WI 53022


Flores, Dora
2253 W. Montrose
2nd Floor
Chicago, IL 60618


Flores, Jose
2829 N Ridgeway
Chicago, IL 60618


FORT DEARBORN PARTNERS, INC.
123 N. Wacker Dr.
Ste. 850
Chicago, IL 60606

FUCHS TRUCKING
P.O. Box 576
Sauk City, WI 53583


Funes, Blanca
1912 N Tripp
Chicago, IL 60639


Gabina, Abelino
2667 W. Pershing
Chicago, IL 60632


Garcia, Abigail
3417 N. Melrose
Chicago, IL 60618


Garcia, Arturo
5000 S. Keeler
Chicago, IL 60632


Garcia, Francisca
4155 S. California
Chicago, IL 60632


Garcia, Jorge
3615 W. 55 Pl.
Chicago, IL 60629


Garcia, Martin
1730 N. St. Louis
Chicago, IL 60647


Garcia, Martin
3810 W. Diversey
Chicago, IL 60647


Garcia, Misael
2044 N. Kenneth
Chicago, IL 60639


Garcia, Rafael
5026 S Lamon
Chicago, IL 60638

Garcia, Rogelio
3718 W. 70th Place
Chicago, IL 60629


Garza, Raul
4205 W. Hirsch
Chicago, IL 60651


GEXPRO
P.O. Box 840040
Dallas, TX 75284


GLASTON AMERICA INC
2615 River Rd.
Unit Number 5
Cinnaminson, NJ 08077


GLASTON AMERICA INC.
2615 River Road
Unit Number 5
Cinnaminson, NJ 08077


GLOBAL COM INC. USA
4070 Paysphere Circle
Chicago, IL 60674-0040


GLOBAL INDUSTRIAL EQUIPMENT
P.O. Box 100090
Buford, GA 30515


GOLDBERG KOHN
55 E. Monroe Street
Suite 1300
Chicago, IL 60603-5792


Gomez, Humberto
3804 S. Ashland
Chicago, IL 60609


Gomez, Socorro
4031 N. Austin
Chicago, IL 60634

Gonzalez, Amado
5735 W. 23rd st.
Cicero, IL 60804


Gonzalez, Higinio
4205 W. Hirsch
Chicago, IL 60651


Gonzalez, Maria
4241 W Potomac
Chicago, IL 60651


Gonzalez, Sonia
6356 S. Kostner
Chicago, IL 60629


Gordillo, Ismael
5124 S Albany
Chicago, IL 60632


GRAFCO
20 Regina Rd.
Woodbridge ON, L4L 8L6
CANADA


GRAINGER PARTS OPERATIONS
Dept. 801660382
Palatine, IL 60038-0001


Gramajo, Gundemaro
3934 W 55 Place
Chicago, IL 60629


Gramajo, Marco
2427 N Parkside
Chicago, IL 60639


Gramajo, Rony
4145 W. 83rd St.
Chicago, IL 60652


Granados, Teresa
1835 S. Central Ave
Cicero, IL 60804

GUARDIAN INDUSTRIES CORP.
91095312
4681 Collections Center Drive
Chicago, IL 60693


Guillen, Oscar
1818 N. Keystone
1st floor
Chicago, IL 60639


Gutierrez, Heriberto
5405 S. Wolcott
Chicago, IL 60609


Guzman, Salvador
4821 S Paulina
Chicago, IL 60609


H-O PRODUCTS
12 Munro Street
Winsted, CT 06098


HANLEY-WOOD LLC
P.O. Box 75324
Baltimore, MD 21275-5324


Harris, Carol
6021 S. Honore Street
Chicago, IL 60636


Harwell, Ryan
6188 Pinewood Ct. #306
Willowbrook, IL 60527


HAWK FASTENER
9911 S. 78th Avenue
Hickory Hills, IL 60457


HEALTH CONCEPTS, LLC
8085 Randolph Street
Suite 3
Hobart, IN 46342

Henry, Carl
330 W 108th Place
Chicago, IL 60628


Hernandez, Amparo
2340 S. Christiana
Chicago, IL 60623


Hernandez, Jose G.
5123 S. Francisco
Chicago, IL 60632


Hernandez, Mario
2938 N. Hamlin
Chicago, IL 60618


Herrera, Elizabeth
2954 N. Wisner
2nd floor
Chicago, IL 60618


Herrera, Francisco
2407 N Long
Chicago, IL 60639


Herrera, Gerardo
2149 N. Melvina Ave
Chicago, IL 60639


HESSCO
1200 W. Sierra Lane
Suite G
Mequon, WI 53092


Hidalgo, Edgar
170 Hillcrest
Chicago Heights, IL 60411


HOLLAND & KNIGHT LLP
P.O. Box 864084
Orlando, FL 32886-4084

HP PRODUCTS /KRAFT PAPER
4220 Saguaro Trail
P.O. Box 68310
Indianapolis, OH 46266-4819


HSM-STANLEY CONVERGENT SECURITY
Dept. CH 10651
Palatine, IL 60055


HUGHES SUPPLY AND MFG COMPANY
175 Kanoy Road
Thomasville, NC 27360


HY-LITE PRODUCTS, INC
75 Rittance Dr.
Ste. 1350
Chicago, IL 60675-1350


HYGRADE METAL MOULDING
Lockbox #510582
P.O. Box 7777
Philadelphia, PA 19175-0582


HYPHEN SOLUTIONS LTD.
P.O. Box 849936
Dallas, TX 75284-9936


ICE TOWN LEASING
1040 N. DuPage Ave.
Lombard, IL 60148


Idrovo, Judith
2338 W 22nd Place
Chicago, IL 60608


Illinois Department of Employment S
33 S. State, 9th Fl.
Chicago, IL 60603


Illinois Department of Employment S
Bankruptcy Unit
401 S. State St. 3rd Fl.
Chicago, IL 60605

ILLINOIS DEPARTMENT OF REVENUE
Retailers' Occupation Tax
Springfield, IL 62796


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L-425
Chicago, IL 60602


Illinois Department of Revenue
P.O. Box 19025
Springfield, IL 62794


Illinois Department of Revenue
Central Registration Div
PO Box 19476
Springfield, IL 62794-7476


INDALEX ALUMINUM SOLUTIONS
3488 Collection Center Drive
Chicago, IL 60693


INDUSTRIAL FINISHING
2337 N. 17th Avenue
Franklin Park, IL 60131


INTERMAC INC.
P.O. Box 19849
4110 Meadow Oak Dr.
Charlotte, NC 28219


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114


INTERNATIONAL FENESTRATION PARTNERS
172 Evergreen St.
Barberton, OH 44203

Jagiello, Arnold
3447 N. Octavia
Chicago, IL 60634


JAMB STRETCHER
587 Dewey Avenue
Cadiz, OH 43907


JB KEENAHAN
W238 N1700 Rockwood Dr.
Waukesha, WI 53188


JOHNSON BAG COMPANY, INC.
1166 Flex Court
Lake Zurich, IL 60047


Jones, James
3432 W Potomac
1st Floor
Chicago, IL 60651


JORDON,KNAUFF & COMPANY
140 S. Dearborn St.
Ste. 700
Chicago, IL 60603-5225


JOSEPH MACHINE CO., INC
P.O. Box 121
Dillsburg, PA 17019


JP Morgan Chase Bank, N.A.
SBLC Group
21591 Network Place
Chicago, IL 60673-1215


JPMORGAN RETIREMENT PLAN SERVICES
PO Box 5021
Hartford, CT 06102-5021


Juarez, Lino
5418 W. Parker
Chicago, IL 60639

K & W GRINDING
7789 Ponderosa Rd.
Perrysburg, OH 43551


Karuhn, Kenneth
2943 76th St.
Woodridge, IL 60517


KOHNER,MANN AND KAILAS, S.C.
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059


KOLIN 46 LLC
4201 W. 36th Street
Chicago, IL 60632


KRAMER INDUSTRIAL
P.O. Box 475
Grafton, WI 53024-0475


Landry, Darnell
5015 W. Maypole
Chicago, IL 60644


Lane, William
1015 W. 61st St.
Chicago, IL 60621


LCS PRECISION MOLDING
119 S. 2nd St.
Waterville, MN 56096


LEADING EDGE DISTRIBUTION
P.O. Box 75602
Cleveland, OH 44101


Leon, Narcisa
5159 W Fletcher Ave
Chicago, IL 60641


LEVIN GINSBURG
180 North LaSalle Street
Suite 3200
Chicago, IL 60601-2800

Lima, Adelso
5412 W. Thomas
Chicago, IL 60651


LINC SYSTEMS
P.O. Box 7086
Indianapolis, IN 46207-7086


Lira, Luis
3553 W 81st
Chicago, IL 60652


LOFTUS & LOFTUS, LTD
Attorneys at Law
646 Busse Highway
Park Ridge, IL 60068


Lopez, Jose
1934 N. Monticello
Chicago, IL 60647


Luevano, Jose
2032 W 21st Street
Chicago, IL 60608


LUPEL WEININGER LLP
30 N. LaSalle Street
Suite 3520
Chicago, IL 60602-3334


Luyando, Juan
5758 S. Trumbull Ave
Chicago, IL 60629


Machin, Rolando
2629 N. Mason
Chicago, IL 60639


Maclin, Melvin
626 E. Woodland Ave
Apt. 501
Chicago, IL 60616

Mallares, Yimen
2215 N Lacrosse
Chicago, IL 60639


Martin, Gustavo
4109 N. Richmond
Chicago, IL 60618


Martinez, Alejandrina
3331 W 38th St.
Chicago, IL 60632


Martinez, Engracia
4559 S Sacramento
Basement
Chicago, IL 60632


Martinez, Maria
3718 W. 70th Place
Chicago, IL 60629


Martinez, Rafael
205 Mill Stream Dr
Bollingbrook, IL 60440


Marzoni, Merikay
1730 N Normandy Ave
Chicago, IL 60707


Mazon, Silvia
1931 S. 51st Ct.
Cicero, IL 60804


McClain, Darnell
6634 S. Seeley Ave.
Chicago, IL 60636


McCoy, Alexis
PO Box. 23352
Chicago, IL 60623


MCMASTER-CARR SUPPLY CO.
P.O. Box 7690
Chicago, IL 60680-7690

McNulty, Catherine
1121 Elgin Ave.
Forest Park, IL 60130


Medina Bahena, Ignacio
1847 N. Tripp Ave
Apt. 2
Chicago, IL 60639


Medina, Telesforo
3507 N. Wilton
Chicago, IL 60657


Mejia, Teresa
5324 S Kolin
Chicago, IL 60632


Melendez, Mary
9520 S. Nashville
Oak Lawn, IL 60453


MERCURY DISPLACEMENT INDUSTRIES
25028 U.S. 12 East
P.O. Box 710
Edwardsburg, MI 49112-0710


METRO EXPRESS
Messenger & Trucking Services, Inc.
P.O. Box 10129
Chicago, IL 60610-0129


Meza, Maria
5116 W. Barry
Chicago, IL 60641


MIDAMERICAN ENERGY COMPANY
P.O. Box 8020
Davenport, IA 52808-8020


MIDWEST SAW,INC
850 Meadow Crossing
Unit #4
West Chicago, IL 60185

MIDWEST WELDING SUPPLY
Department 4398
Carol Stream, IL 60122-4398


MIGHTY PAC
345 N. Quentin Road
Suite 304
Palatine, IL 60067


MILLER COOPER & CO., LTD.
1751 Lake Cook Road
Suite 400
Deerfield, IL 60015


Miretzky, Alan
500 W. Superior
Apt. 1803
Chicago, IL 60610


MISTER, INC
4215 W. Grand Avenue
Chicago, IL 60651


Miszczak, Magdalena
7423 N. Sheridan Rd #2E
Chicago, IL 60626


MOBILE MINI
P.O. Box 79149
Phoenix, AZ 85062-9149


Mojica, Maria
5742 S. Albany
Chicago, IL 60629


Monroe III, Fielding
7416 S. Wentworth
Chicago, IL 60621


Montiel, Estela
3618 W. Mc Lean
Chicago, IL 60647

Montiel, Maribel
4849 W. Eddy
Chicago, IL 60641


Monzon, Jose
3701 N. Whipple
Chicago, IL 60618


MOORE WALLACE - AN RR DONNELLEY CO
P.O. Box 93514
Chicago, IL 60673-3514


MOR-X PLASTICS
4450 Lake Park Rd.
Youngstown, OH 44502


Morales, Gracia
2822 S. Ridgeway
Chicago, IL 60623


Morales, Guadalupe
2300 S. Homan
Chicago, IL 60623


Morales, Hector
5814 S. Kenton
Chicago, IL 60629


Moreno, Luis
2834 W. Diversey Ave.
Chicago, IL 60647


Moreno, Siro
5613 S. Troy
Chicago, IL 60629


MOSSNER
200 N. Michigan Avenue
2nd Floor
Chicago, IL 60601


MOTION INDUSTRIES
P.O. Box 98412
Chicago, IL 60693

MSC INDUSTRIAL SUPPLY CO.
Dept. CH0075
Palatine, IL 60055


MUNAR LAMINATING
P.O. Box 4456
Skokie, IL 60076


Muniz, William
1625 S. Cyler
Berwyn, IL 60402


Munoz, Eladio
4735 S. Rockwell
Chicago, IL 60632


Murillo, Reina
10855 S. Central Park Ave
Chicago, IL 60655


NARI OF GREATER CHICAGOLAND
780 Lee St.
Ste. 108
Des Plaines, IL 60016


NATIONAL LIFT TRUCK INC.
3333 Mount Prospect Road
Franklin Park, IL 60131


NATIONAL VISION ADMINISTRATORS, LLC
W6955-NVA
P.O. Box 7777
Philadelphia, PA 19175-6955


Navarro, Abel
1656 N. 43 Avenue
Stone Park, IL 60165


Navarro, Alicia
1656 N. 43 Avenue
Stone Park, IL 60165


Navarro, Juana
1620 S. 49th Avenue
Cicero, IL 60804

Navarro, Rodolfo
2054 N. Laramie
# 3
Chicago, IL 60639


Nevarez, Godofredo
2223 W Erie
2nd
Chicago, IL 60612


NEWARK ELECTRONIC
P.O. Box 94151
Palatine, IL 60094-4151


NICOR
P.O. Box 632
Aurora, IL 60507-0632


NMHG FINANCIAL SERVICES
P.O. Box 643749
Pittsburgh, PA 15264-3749


NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606


Nunez, Malinda
409 Clayton Rd
Hillside, IL 60162


Ocegueda, Oscar
3725 S. Wood St.
Chicago, IL 60609


OLD CASTLE GLASS
13693 Collections Center Drive
Chicago, IL 60693


Olivares, Issac
2122 N. Latrobe
Chicago, IL 60639


ONESOURCE COIL COATERS, LLC
5110 140th Avenue North
Clearwater, FL 33760

Ornelas, Abelardo
14617 Millard Ave
Midlothian, IL 60445


Ornelas, Jose
3357 W 59th Pl
Chicago, IL 60629


Ornelas, Jose S.
2238 N. 74th Court
Elmwood Park, IL 60707


Orozco, Angelica
1046 Crestwood Lane
Bolingbrook, IL 60440


Ovalle, Erick
3934 W. 55th Place
Chicago, IL 60629


Ovalle, Luis
2227 South 59th Court
Cicero, IL 60804


PALEY ROTHMAN
Goldstein Rosenberg Eig & Cooper
4800 Hampden Ln., 7th Floor
Bethesda, MA 20814


PARKSITE, INC.
1563 Hubbard St.
Batavia, IL 60510


Patino, Guillermina
2152 W. 21st Place
Chicago, IL 60608


Patino, Rodolfo
4814 S. Marshfield
Chicago, IL 60609


PEOPLES ENERGY - 7500005246938
231305 Momentum Place
Chicago, IL 60689-5311

Perez, Judith
2847 N. Keating
Chicago, IL 60641


Perez, Luis
2847 N. Keating
Chicago, IL 60641


Perez, Rocio
1059 N Marshfield
1 Front
Chicago, IL 60622


Perisin, Paul
2162 W. Warner
Chicago, IL 60618


PHIFER WIRE PRODUCTS INC
P.O. Box 945823
Atlanta, GA 30394-5823


Pillado, Felipe
4032 N Albany
2nd floor
Chicago, IL 60618


Pina, Judith
1901 S. 13th Ave.
Maywood, IL 60153


Pineda, Esmeralda
3128 N Newcastle
Chicago, IL 60634


PISTORIUS MACHINE CO.
1785 Express Drive North
Hauppauge, NY 11788-5395


PITNEY BOWES INC.
P.O. Box 856390
Louisville, KY 40285-6390


PITNEY BOWES PURCHASE POWER
P.O. Box 856042
Louisville, KY 40285-6042

Porter, Lucinda
3146 W. Franklin
Chicago, IL 60612


POST PRINTING
205 W. 4th St.
Minster, OH 45865


PRC DESOTO INTERNATIONAL
Dept. 1059
P.O. Box 12059
Dallas, TX 75312-1059


PREFERRED ENGINEERING PRODUCTS LTD
350 Credistone Rd., Unit 204
Vaughan  ON, L4K 3Z2
CANADA


PRINTING ARTS CHICAGO
2001 W. 21st St.
Broadview, IL 60155


PRINTWELL
26975 Northline Rd.
Taylor, MI 48180


PRODUCT DESIGN & DEVELOPMENT, INC.
2603 Keyway Dr.
York, PA 17402


QUALITY COLOR GRAPHICS, INC.
Lockbox 8020
P.O. Box 87618
Chicago, IL 60680-0618


Quezada, Erik
2118 S. 50th Court
Cicero, IL 60804


Quezada, Ricardo
1340 S. 61th Ct.
Cicero, IL 60804

Quick, Michael
61 South Lewis
Lombard, IL 60148


RAMAPO
4760 Goer Drive
Unit F
North Charleston, SC 29406


Ramirez, Baltazar
2425 S Trumbull
Chicago, IL 60623


Ramirez, Gustavo
5200 W. Fletcher
Chicago, IL 60641


Ramirez, Miguel
5618 S Francisco
Chicago, IL 60623


Ramirez, Raul
4735 W. Race
Chicago, IL 60644


Ramos, Erik
2750 N. Mulligan
Basement
Chicago, IL 60639


Rangel, Angelica
3055 N. Lowell
Chicago, IL 60641


Rangel, Vicente
3055 N. Lowell
Chicago, IL 60641


REGENEX CORPORATION
One New St.
P.O. Box 608
West Middlesex, PA 16159

REVERE ELECTRIC SUPPLY CO.
Dept. 3866
135 S. LaSalle St.
Chicago, IL 60674-3866


Revuelta, Sergio
3033 W 45th St
2nd floor
Chicago, IL 60632


Reyes, Enrique
2402 N. Leclaire
Chicago, IL 60639


Reyes, Gilberto
1418 S. Gunderson
Berwyn, IL 60402


RITE SCREEN COMPANY INC
4314 Route 209
Elizabethville, PA 17023-8438


Rivera, Angel
1242 S. 50th Ct.
Cicero, IL 60804


Rivera, Brian
1830 N. Harding
Chicago, IL 60647


Rivera, Manuela
5206 W Roscoe
Chicago, IL 60641


Rivera, Mariana
1909 S. Maple Ave
Berwyn, IL 60402


ROADWAY EXPRESS
P.O. Box 93151
Chicago, IL 60673-3151

Robinson, April
7747 S. Emerald
Apt. 103
Chicago, IL 60620

Robles, Armando
4727 S. Luna
Stickney Township, IL 60638

Rodas, Andres
2616 N. Major
Chicago, IL 60639

Rodriguez, Angel
1517 N Spaulding
Chicago, IL 60651

Rodriguez, Cosme
1542 N. Avers
2nd
Chicago, IL 60651

Rodriguez, Estanislao
4900 S. Kostner
Chicago, IL 60632

Rodriguez, Martin
4401 S. Wolcott
Chicago, IL 60609

Rodriguez, Rosa
8649 A Niles Center Rd
Skokie, IL 60076

Rogers, Corey
17654 S 70th Ct
Tinley Park, IL 60477

ROLLFORM OF JAMESTOWN INC
181 Blackstone Avenue
Jamestown, NY 14701

Roman, Norberto
2826 N Springfield Ave
Chicago, IL 60618

Romero, Guadalupe
2545 S Spaulding
Chicago, IL 60623


Romo, Elisa
3121 N. Menard Ave.
Chicago, IL 60634


ROOT BROTHERS MFG
10307-25 S. Michigan
Chicago, IL 60628


ROSEN HOOVER P.A.
100 N. Charles St.
Ste. 1010
Baltimore, MD 21201-3804


ROTO HARDWARE SYSTEMS, INC.
P.O. Box 13219
Newark, NJ 07101-3219


RREEF AMERICA REIT II
RREEF America Reitt II Corp.  WV
75 Remittance Drive, Suite 6739
Chicago, IL 60675


RUAN
P.O. Box 977
Des Moines, IA 50304-0977


Rubio, Martin
6211 S. Troy
Chicago, IL 60629


Rucinski, Michael
10208 W. Illinois Avenue
Beach Park, IL 60099


Ruiz, Pablo
3011 N. Kolmar
Chicago, IL 60641


RYAN BUILDING GROUP
945 N. Plum Grove Road
Schuamburg, IL 60173

Saavedra, Jesus
4407 S St Louis
Chicago, IL 60632


SAFETY-KLEEN
P.O. Box 382066
Pittsburgh, PA 15250-8066


Salas, Maria
3510 W. Shakespeare
Chicago, IL 60647


Salazar, Juan
2244 N. Avers
Chicago, IL 60647


Saldana, Adriana
3833 W. 64th Place
Chicago, IL 60629


Saldana, Adriana
3011 N. Kolmar
Chicago, IL 60641


Salgado, Orlando
5029 W Newport
Chicago, IL 60641


Salmi, Reino
7758 W Thorndale
Chicago, IL 60631


SAMUEL STRAPPING SYSTEMS
1401 Davey Rd.
Ste. 300
Woodridge, IL 60517


Santana, Milagros
2218 N. Mulligan
Chicago, IL 60639


Schneider, Edwin
6910 Eleanor Pl
Darien, IL 60561

Schultz, Steven
118 Brentwood Hts Rd
Council Bluffs, IA 51503


Serrano, Rosalinda
4735 W Race
Chicago, IL 60644


SHORR PACKAGING CORP.
800 N. Commerce St.
Aurora, IL 60504


SIEVERT MECHANICAL SERVICES
2095 Hammond Dr.
Schaumburg, IL 60173


SILCO INC.
7561 Tyler Blvd.
Mentor, OH 44060


SILVERMAN OLSON THORVILSON & KAUFMANN LT
920 Second Avenue South
Minneapolis, MN 55402


SONNENSCHEIN NATH & ROSENTHAL LLP.
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606


Sotelo, Pablo
1624 S. Carpenter
Chicago, IL 60608


Soto, Rodolfo
4948 S. Knox Ave
Chicago, IL 60632


SOUTHWALL TECHNOLOGIES
File # 030876
P.O. Box 60000
San Francisco, CA 94160-0876


SPECTRA GASES, INC
3434 Route 22 West
Branchburg, NJ 08816

STANDARD COMPANIES
2601 S. Archer
Chicago, IL 60608


Star, Gregory
492 Trinity Court
Buffalo Grove, IL 60089


STEINER ELECTRIC
2665 Paysphere Circle
Chicago, IL 60674


Stingley, Arizona
2142 E 69th Street
Apartment 1
Chicago, IL 60649


STURTZ MACHINERY
30500 Aurora Rd.
Solon, OH 44139


Suarez, Jesus
2306 S. Hoyne
Chicago, IL 60608


SUMMIT METAL PRODUCTS
700A Chettic Avenue
Copiague, NY 11726


SUNBELT RENTALS
P.O. Box 409211
Atlanta, GQ 30384-9211


SUNRISE HITEK SERVICE
5915 N. Northwest Hwy.
Chicago, IL 60631


Swanson, William
2847 W Washington
#412
Chicago, IL 60612


THE HARTFORD
P.O. Box 2907
Hartford, CT 06104-2907

THE LINCOLN NATIONAL LIFE INSURANCE COMP
P.O. Box 0821
Carol Stream, IL 60132-0821


THYSSENKRUPP ELEVATOR
P.O. Box 933004
Atlanta, GA 31193-3004


Torres, Carmen
4407 W Roscoe Street
Chicago, IL 60641


Torres, Iris
6119 W. Nelson
Chicago, IL 60634


TRANE CHICAGO-AURORA SERVICE AGENCY
7100 S. Madison St.
Willowbrook, IL 60521-5505


Trejo, Evangelina
5359 S. Rockwell
Chicago, IL 60632


Trejo, Robert
5359 S. Rockwell
Chicago, IL 60632


TRUTH HARDWARE
P.O. Box 60148
Charlotte, NC 28260-0148


UNIQUE BALANCE
HC73 Box 15-Z4
Alderson, WV 24910


UNITED HEALTHCARE INS. COMPANY
22561 Network Place
Chicago, IL 60673-1225


UNITED PARCEL SERVICE
Lockbox 577
Carol Stream, IL 60132-0577

UNITED STATES TREASURY
P.O. Box 970019
St. Louis, MO 63197-0019


UPS SUPPLY CHAIN SOLUTIONS INC
28013 Network Place
Chicago, IL 60673-1280


URBAN MACHINERY INC.
125 Werlich Dr.
Cambridge  ON, N1T 1N7
CANADA


Urenda, Jesus
2543 W. 46th Street
Chicago, IL 60632


Valentin, John
4207 N. Elston
Chicago, IL 60618


Vargas, Austreberto
2909 S. 48th Ct.
2 Rear
Cicero, IL 60804


Vega, Gerardo
2534 W. 46th Street
Apt. 1
Chicago, IL 60632


Vega, Jaime
2702 W. 23rd St.
Chicago, IL 60608


VEKA
P.O. Box 360424
Pittsburgh, PA 15251-6424


VENTANA USA
P.O. Box 1391
Indiana, PA 15701

VENTURE TAPE CORP.
NW5935
P.O. Box 1450
Minneapolis, MN 55485-5935


VIDEO ONE PRODUCTIONS
1820 W. Webster Ave.
Ste. 201
Chicago, IL 60614


VILLAGE OF BENSENVILLE
12 S. Center St.
Bensenville, IL 60106


VISION INDUSTRIES GROUP, INC
500 Metuchen Road
South Plainfield, NJ 07080


VOSS EQUIPMENT
15241 Commercial Avenue
Harvey, IL 60426


VYTRON CORPORATION
P.O. Box 279
Loudon, TN 37774


Walker, Isidro
1817 W. Ellen
Chicago, IL 60622


WASTE MANAGEMENT ILLINOIS
P.O. Box 4648
Carol Stream, IL 60197-4648


White, Donald
4925 W. Gladys
Chicago, IL 60644


White, Lubertha
1035 Washignton Blvd
Oak Park, IL 60302


White, Pamela
12755 S. Union Ave.
Chicago, IL 60628

Wiggins, Trini
4167 Rutledge
Gary, IN 46408


WILLIAMS SCOTSMAN, INC.
1625 Western Dr.
West Chicago, IL 60185


WINDOW SUPPORT SYSTEMS
PO Box 1450
NW-7081
Minneapolis, MN 55485-7081


Wojtkowiak, Barbara
7921 Lake Street
Morton Grove, IL 60053


WOODLAND ENGINEERING
P.O. Box 632
Libertyville, IL 60048


WRIGHT EXPRESS
Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293


WRIGLEY PROPERTIES
4678 World Parkway Circle
St. Louis, MO 63134


YELLOW PAGE, INC.
P.O. Box 60007
Anaheim, CA 92812-6007


Zaffaroni, Judith
462 N Artesian
Chicago, IL 60612


ZAPPEN PRESS, INC.
200 Wilson Court
Bensenville, IL 60106


Zuniga, Leopoldo
3202 S 54th Avenue
Cicero, IL 60804