UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
REPUBLIC WINDOWS & DOORS LLC § Case No. 08-34113
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Jeffrey P. Allsteadt
    U.S. Bankruptcy Court Clerk
    219 South Dearborn Street- 7th Floor
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/21/2017 in Courtroom 680,
    United States Courthouse
    219 South Dearborn Street
    Chicago, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/27/2017    By: /s/ Phillip D. Levey
                Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| REPUBLIC WINDOWS & DOORS LLC | § § § | Case No. 08-34113 |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008 | NMHG Financial Services 1010 Thomas Edison Blvd SW Cedar Rapids, IA 52404 | $ | $ | $ | $ |
| 000009 | NMHG Financial Services 1010 Thomas Edison Blvd SW Cedar Rapids, IA 52404 | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000025A | Illinois Department of Revenue Bankruptcy Section 100 West Randolph Street Level 7-400 Chicago, Illinois 60601 | $ | $ | $ | $ |

Total to be paid to secured creditors         $_____

Remaining Balance                             $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ | $ | $ |
| Charges: Clerk, U.S. Bankruptcy Court | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Arthur B. Levine Company | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: National Labor Relations Board | $ | $ | $ |
| Other: Law Office of William J. Factor, Ltd. | $ | $ | $ |
| Other: Law Office of William J. Factor, Ltd. | $ | $ | $ |
| Other: Norman B. Newman | $ | $ | $ |
| Other: Lynch & Stern, LLP | $ | $ | $ |
| Other: Jonathan M. Cyrluk | $ | $ | $ |
| Other: Law Office of William J. Factor, Ltd. | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Norman B. Newman | $ | $ | $ |
| Other: Lynch & Stern, LLP | $ | $ | $ |
| Other: Jonathan M. Cyrluk | $ | $ | $ |
| Other: Stetler, Duffy & Rotert, Ltd. | $ | $ | $ |
| Other: Silverman Consulting | $ | $ | $ |
| Other: Silverman Consulting | $ | $ | $ |
| Other: Michael Goldman | $ | $ | $ |
| Other: Bankruptcy Services Group | $ | $ | $ |
| Other: Crane, Heyman, Simon, Welch & Clar | $ | $ | $ |
| Other: Crane, Heyman, Simon, Welch & Clar | $ | $ | $ |
| Other: Crane, Heyman, Simon, Welch & Clar | $ | $ | $ |
| Other: Popowcer Katten, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | United Healthcare Ins Co<br>Rachel A Smith UHC<br>CDM Bankruptcy<br>185 Asylum Street 03NB<br>Hartford, CT 06103 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | $ | $ | $ |
| 000013A | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN:LEANNE WARREN<br>P O BOX 5222<br>FRANKFORT, KY. 40602 | $ | $ | $ |
| 000021A | R I Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908 | $ | $ | $ |
| 000023 | R I Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908 | $ | $ | $ |
| 000024 | Great-West Life & Annuity Insurance Co as administered by Connecticut General Life Ins Co Attn Marylou Kilian Rice<br>900 Cottage Grove Road - B6LPA<br>Hartford, CT 06152 | $ | $ | $ |
| 000025B | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-400<br>Chicago, Illinois 60601 | $ | $ | $ |
| 000033 | Darnell McClain<br>6634 S. Seeley Ave.<br>Chicago, IL 60636 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000038 | Colorado Dept of Revenue<br>1375 Sherman St Rm 504<br>Attn Bankruptcy Unit<br>Denver, CO 80261 | $ | $ | $ |
| 000044 | Ray Benoit<br>1915 Westfield<br>Griffith, IN  46319-2073 | $ | $ | $ |
| 000045A | Steven Schultz<br>118 Brentwood Hts. Rd.<br>Council Bluffs, IA 51503-5512 | $ | $ | $ |
| 000051 | U.S. Department of Labor, EBSA<br>200 W. Adams St., Suite 1600<br>Chicago, IL 60606 | $ | $ | $ |
| 000052 | U.S. Department of Labor, EBSA<br>200 W. Adams St., Suite 1600<br>Chicago, IL 60606 | $ | $ | $ |
| 000059 | State of Michigan, Department of Treasury<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 | $ | $ | $ |
| 000062 | OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216 | $ | $ | $ |
| 000070 | State of New Jersey Division of Taxation<br>Compliance Activity<br>P O Box 245<br>Trenton, NJ 08695-0245 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000071 | State of New Jersey Division of Taxation Compliance Activity P O Box 245 Trenton, NJ 08695-0245 | $ | $ | $ |
| 000074 | Jacqueline A. Sternberg 16533 W. Ash Lane Lockport, IL 60441 | $ | $ | $ |
| 000075 | JP Morgan Retirement Plan Services P.O. Box 105158 Atlanta, GA 30348-5158 | $ | $ | $ |
| 000079B | Catherine McNulty 1121 Elgin Ave. Forest Park, IL 60130 | $ | $ | $ |
| 000081A | Wisconsin Dept of Revenue Special Procedures Unit P O Box 8901 Madison, WI 53708-8901 | $ | $ | $ |
| 000082 | Osvaldo Carrillo 5602 S. Francisco Chicago, IL 60629 | $ | $ | $ |
| 000083 | National Labor Relations Board Joseph A Barker Regional Dir 209 S. LaSalle Street Suite 900 Chicago, IL 60604 | $ | $ | $ |
| 000086 | United Electrical Radio & Machine Works of America (UE) Local 1110 c/o UE Western Region 37 S Ashland St Chicago, IL 60607-1805 | $ | $ | $ |
| 000088 | Lubertha White 1035 Washington Blvd. Oak Park, IL 60302 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000094A | Missouri Department of Revenue<br>P.O. Box 840<br>Jefferson City, MO 65105-0840 | $ | $ | $ |
| 000096 | Connecticut Dept of Revenue Serv<br>C&E Division<br>Bankruptcy Section<br>25 Sigourney St<br>Hartford, CT 06106-5032 | $ | $ | $ |
| 000103A | State of Iowa<br>Iowa Dept of Revenue<br>Attn: Bankruptcy Unit<br>P O Box 10471<br>Des Moines IA 50306 | $ | $ | $ |
| 000111A | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | $ | $ | $ |
| 000011B | Wm. Wrigley Jr. Corporation<br>c/o Deborah L. Thorne<br>Barnes & Thornburg LLP<br>1 North Wacker Dr., # 4400<br>Chicago, IL 60606 | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors                                $_____

Remaining Balance                                                              $_____

   The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | ADDISON PROFESSIONAL FINANCIAL SEARCH IN<br>222 S. Riverside Plaza Suite 1710<br>Chicago, IL 60606 | $ | $ | $ |
| 000065 | Door Systems Inc.<br>751 Expressway Dr.<br>Itasca, IL 60143 | $ | $ | $ |
| 000002 | Ashland Hardware Systems div of Newell Operating Co Newell Rubbermaid Inc<br>29 E Stephenson St<br>Freeport, IL 61032 | $ | $ | $ |
| 000003 | MSC Industrial Supply Company<br>75 Maxess Road<br>Melville, NY 11747 | $ | $ | $ |
| 000004 | Averitt Express<br>P O Box 3166<br>Cookeville, TN 38502 | $ | $ | $ |
| 000006 | CAMPBELL & LEVINE, LLC<br>Aurelius P Robleto Esq<br>1700 Grant Building<br>Pittsburgh, PA 15219 | $ | $ | $ |
| 000007 | ComEd<br>2100 Swift Drive<br>Attn Bankruptcy Sec/Revenue Mgt<br>Oakbrook, IL 60523 | $ | $ | $ |
| 000010 | ADP Inc<br>400 W Covina Blvd<br>San Dimas, CA 91773 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Wm. Wrigley Jr. Corporation<br>c/o Deborah L. Thorne<br>Barnes & Thornburg LLP<br>1 North Wacker Dr., # 4400<br>Chicago, IL 60606 | $ | $ | $ |
| 000012 | Con-Way Freight Inc<br>c/o RMS Bankruptcy Recovery Services<br>P O Box 5126<br>Timonium, MD 21094 | $ | $ | $ |
| 000013B | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH - BANKRUPTCY SECTION<br>ATTN:LEANNE WARREN<br>P O BOX 5222<br>FRANKFORT, KY. 40602 | $ | $ | $ |
| 000014 | National Processing Company<br>5100 Interchange Drive<br>Louisville, KY 40229<br>Attn Kathleen Clark | $ | $ | $ |
| 000015 | Hartford Fire Inc Co<br>as Assignee of Hartford Specialty<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | $ | $ | $ |
| 000016 | Michael Tate<br>James P Leahy Atty at Law<br>1275 Davis Road Ste 131<br>Elgin, IL 60123 | $ | $ | $ |
| 000017 | Onesource Coil Coaters LLC<br>c/o Coface North America Inc<br>50 Millstone Rd<br>Bldg 100 Ste 360<br>East Windsor, NJ 08520 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | Airgas North Central<br>10 W 4th Street<br>Waterloo, IA 50701 | $ | $ | $ |
| 000019 | PARKSITE, INC.<br>1563 Hubbard St.<br>Batavia, IL 60510 | $ | $ | $ |
| 000020 | Mobile Mini Inc<br>7420 S Kyrene Road Ste 101<br>Tempe, AZ 85283 | $ | $ | $ |
| 000021B | R I Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908 | $ | $ | $ |
| 000022 | Roadway Express<br>c/o RMS Bankruptcy Recovery Serv<br>P O Box 5126<br>Timonium, MD 21094 | $ | $ | $ |
| 000025C | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-400<br>Chicago, Illinois 60601 | $ | $ | $ |
| 000026 | ATLAS FORMS & GRAPHICS<br>20 Eisenhower Lane North<br>Lombard, IL 60148 | $ | $ | $ |
| 000027 | ATLAS BOLT & SCREW COMPANY<br>P.O. Box 96113<br>Chicago, IL 60693-6113 | $ | $ | $ |
| 000028 | INTERMAC INC.<br>P.O. Box 19849<br>4110 Meadow Oak Dr.<br>Charlotte, NC 28219 | $ | $ | $ |
| 000029 | RYAN BUILDING GROUP<br>945 N. Plum Grove Road<br>Schuamburg, IL 60173 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | PALEY ROTHMAN Goldstein Rosenberg Eig & Cooper 4800 Hampden Ln., 7th Floor Bethesda, MA 20814 | $ | $ | $ |
| 000031 | ASSOCIATED LABORATORIES P.O. Box 152837 1323 Wall St. Dallas, TX 75315 | $ | $ | $ |
| 000032 | VOSS EQUIPMENT 15241 Commercial Avenue Harvey, IL 60426 | $ | $ | $ |
| 000034 | STURTZ MACHINERY 30500 Aurora Rd. Solon, OH 44139 | $ | $ | $ |
| 000036 | VISION INDUSTRIES GROUP, INC 500 Metuchen Road South Plainfield, NJ 07080 | $ | $ | $ |
| 000037 | MILLER COOPER & CO., LTD. 1751 Lake Cook Road Suite 400 Deerfield, IL 60015 | $ | $ | $ |
| 000040 | Hartford Fire Insurance Company Bankruptcy Unit, T-1-55 Hartford Plaza Hartford, CT 06115 | $ | $ | $ |
| 000041 | VENTURE TAPE CORP. NW5935 P.O. Box 1450 Minneapolis, MN 55485-5935 | $ | $ | $ |
| 000042 | BOSTIK FINDLEY, INC. 22838 Network Place Chicago, IL 60673-1227 | $ | $ | $ |

UST Form 101-7-NFR (5/1/2011) *(Page: 12)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000043 | KOHNER,MANN AND KAILAS, S.C.<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212-1059 | $ | $ | $ |
| 000046 | CREATIVE VINYL PRODUCTS, INC.<br>1963 Touhy Ave.<br>Elk Grove Village, IL 60007 | $ | $ | $ |
| 000047 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000048 | BERLIN METAL, INC<br>P.O. Box 2088<br>Dept. 3931<br>Milwaukee, WI 53201-2088 | $ | $ | $ |
| 000049 | ATLAS COPCO COMPRESSORS,INC<br>1220 Landmeier Road<br>Elk Grove Village, IL 60007 | $ | $ | $ |
| 000050 | H-O PRODUCTS<br>12 Munro Street<br>Winsted, CT 06098 | $ | $ | $ |
| 000053 | MCMASTER-CARR SUPPLY CO.<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | $ | $ | $ |
| 000054 | NEWARK ELECTRONIC<br>P.O. Box 94151<br>Palatine, IL 60094-4151 | $ | $ | $ |
| 000055 | OLD CASTLE GLASS<br>13693 Collections Center Drive<br>Chicago, IL 60693 | $ | $ | $ |
| 000056 | Pitney Bowes Inc<br>27 Waterview Dr<br>Shelton CT 06484 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000057 | Chase Capital Corporation<br>c/o Erin M. Casey<br>Goldberg Kohn<br>55 E Monroe St, Suite 3300<br>Chicago, IL 60603 | $ | $ | $ |
| 000058 | BDI--BEARING DISTRIBUTOR<br>Attn: Andrea Moeller<br>P O Box 936<br>Waterloo, IA 50704 | $ | $ | $ |
| 000060 | State of Michigan, Department of Treasury<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 | $ | $ | $ |
| 000063 | BIG BAY LUMBER<br>1017 W. Division<br>Chicago, IL 60622 | $ | $ | $ |
| 000064 | Berlin Metals LLC<br>Euler Hermes ACI<br>Agent of Berlin Metals LLC<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | $ | $ | $ |
| 000066 | Ruan Transport Corp<br>Attn Ken Baird<br>666 Grand Ave Fl 31<br>Des Moines, IA 50309 | $ | $ | $ |
| 000067 | Metro Anesthesia Cons LLC<br>1133 Westgate Drive Ste 101<br>Oak Park, IL 60301 | $ | $ | $ |
| 000068 | Ryder Truck Rental Inc<br>Attn Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000069 | FASTENAL COMPANY<br>P.O. Box 978<br>Winona, MN 55987 | $ | $ | $ |
| 000072 | WRIGHT EXPRESS<br>Financial Services<br>P O Box 639<br>Portland, ME 04103 | $ | $ | $ |
| 000073 | Larry Fields<br>840 N Lake Shore Dr.<br>Suite 1401<br>Chicago, IL 60601 | $ | $ | $ |
| 000077 | SILVERMAN OLSON THORVILSON & KAUFMANN LT<br>920 Second Avenue South<br>Minneapolis, MN 55402 | $ | $ | $ |
| 000078 | Orozco, Angelica<br>1046 Crestwood Lane<br>Bolingbrook, IL 60440 | $ | $ | $ |
| 000079A | McNulty, Catherine<br>1121 Elgin Ave.<br>Forest Park, IL 60130 | $ | $ | $ |
| 000080 | Charles Chung<br>9114 Carlisle Lane<br>Orland Park, IL 60462 | $ | $ | $ |
| 000081B | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>P O Box 8901<br>Madison, WI 53708-8901 | $ | $ | $ |
| 000084 | Northern Leasing Systems, Inc.<br>132 W. 31st St.<br>14th Floor<br>New York, NY 10001-3405 | $ | $ | $ |
| 000085 | MIGHTY PAC<br>c/o Michael C Moody<br>O'Rourke & Moody<br>55 W Wacker Dr 14th Fl<br>Chicago, IL 60601 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000087 | BROWN, UDELL & P0MERANTZ, LTD<br>1332 North Halsted Street<br>Suite 100<br>Chicago, IL 60622 | $ | $ | $ |
| 000089 | Purcell & Wardrope, Chtd.<br>Thomas B Underwood<br>10 S. LaSalle Street, Suite 1200<br>Chicago, IL 60603 | $ | $ | $ |
| 000090 | General Electric Capital Corporation<br>Ann E Pille<br>c/o Reed Smith LLP<br>10 S Wacker Dr Ste 4000<br>Chicago, IL 60606 | $ | $ | $ |
| 000091 | LEVIN GINSBURG<br>180 North LaSalle Street<br>Suite 3200<br>Chicago, IL 60601-2800 | $ | $ | $ |
| 000092 | VEKA Inc<br>c/o Thomas D Maxson<br>Cohen & Grigsby PC<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152 | $ | $ | $ |
| 000093 | Veka Innovations Inc<br>Thomas D Maxon Esquire<br>Cohen & Grigsby PC<br>625 Liberty Ave<br>Pittsburgh, PA 15222-3152 | $ | $ | $ |
| 000094B | Missouri Department of Revenue<br>P.O. Box 840<br>Jefferson City, MO 65105-0840 | $ | $ | $ |
| 000095 | VEKA Inc<br>c/o Thomas D Maxson<br>Cohen & Grigsby PC<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000097 | Waste Management - RMC<br>2625 W Grandview Rd Ste 150<br>Phoenix, AZ 85023 | $ | $ | $ |
| 000098 | STEINER ELECTRIC<br>1250 Touhy Ave<br>Elk Grove Village, IL 60007 | $ | $ | $ |
| 000099 | NMHG Financial Services<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | $ | $ | $ |
| 000100 | Securitas Security Services USA Inc<br>Attn Jaime Bergara Credit Manager<br>4330 Park Terrace Drive<br>Westlake Village, CA 91361 | $ | $ | $ |
| 000101 | HY-LITE PRODUCTS, INC<br>3000 Johnson Ave<br>Pensacola, FL 32514 | $ | $ | $ |
| 000102 | Cole Parmer Instrument<br>625 E Bunker Ct<br>Vernon Hills, IL 60061 | $ | $ | $ |
| 000103B | State of Iowa<br>Iowa Dept of Revenue<br>Attn: Bankruptcy Unit<br>P O Box 10471<br>Des Moines IA 50306 | $ | $ | $ |
| 000105 | WASTE MANAGEMENT of ILLINOIS Inc<br>c/o John G Young Jr<br>Stinson Morrison Hecker LLP<br>7700 Forsyth Blvd Ste 1100<br>St Louis, MO 63105 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000106 | Airgas North Central Inc c/o David Boyle 259 N Radnor Chester Road Radnor, PA 19087 | $ | $ | $ |
| 000107 | Aetna Plywood, Inc. c/o Kluever & Platt, LLC 65 East Wacker Place, Suite 2300 Chicago, IL 60601 | $ | $ | $ |
| 000108 | General American Life Insurance Company c/o Rebecca O. Fruchtman Baer Higgins Fruchtman LLC 111 East Wacker Drive, Suite 2800 Chicago IL 60601 | $ | $ | $ |
| 000109 | VEKA Inc c/o Thomas D Maxson Cohen & Grigsby PC 625 Liberty Avenue Pittsburgh, PA 15222-3152 | $ | $ | $ |
| 000045B | Steven Schultz 118 Brentwood Hts. Rd. Council Bluffs, IA 51503-5512 | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000076 | U S Department of Labor Employee Benefits Security Adm 200 Constitution Ave NW Rm N5668 Washington, DC 20210 | $ | $ | $ |
| 111B | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 PHILADELPHIA, PA 19114 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors      $_____

Remaining Balance                                          $_____


Prepared By:  /s/Phillip D. Levey_____
                                Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.