UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Republic Windows & Doors, LLC, ) | Case No. 08 B 34113 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

I, Phillip D. Levey, an attorney, certify that on November 27, 2017, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_/s/ Phillip D. Levey_

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## SERVICE LIST

<u>VIA U.S. MAIL</u>

See attached Service List - All Creditors Who Have Filed Claims

<u>VIA CM/ECF</u>

See attached CM/ECF Service List

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 08-34113<br>Northern District of Illinois<br>Chicago<br>Thu Nov 23 10:42:09 CST 2017 | ADDISON PROFESSIONAL FINANCIAL SEARCH IN<br>222 S. Riverside Plaza<br>Suite 1710<br>Chicago, IL 60606-6015 | ADP Inc<br>400 W Covina Blvd<br>San Dimas, CA 91773-2954 |
| ASSOCIATED LABORATORIES<br>P.O. Box 152837<br>1323 Wall St.<br>Dallas, TX 75215-1019 | ATLAS BOLT & SCREW COMPANY<br>P.O. Box 96113<br>Chicago, IL 60693-6113 | ATLAS COPCO COMPRESSORS,INC<br>1220 Landmeier Road<br>Elk Grove Village, IL 60007 |
| ATLAS FORMS & GRAPHICS<br>20 Eisenhower Lane North<br>Lombard, IL 60148-5414 | Aetna Plywood, Inc.<br>c/o Kluever & Platt, LLC<br>65 East Wacker Place, Suite 2300<br>Chicago, IL 60601-7244 | Airgas North Central<br>10 W 4th Street<br>Waterloo, IA 50701-5428 |
| Airgas North Central Inc<br>c/o David Boyle<br>259 N Radnor Chester Road<br>Radnor, PA 19087-5240 | Ashland Hardware Systems div of<br>Newell Operating Co<br>Newell Rubbermaid Inc<br>29 E Stephenson St<br>Freeport, IL 61032-0943 | Averitt Express<br>P O Box 3166<br>Cookeville, TN 38502-3166 |
| BDI--BEARING DISTRIBUTOR<br>Attn: Andrea Moeller<br>P O Box 936<br>Waterloo, IA 50704 | BERLIN METAL, INC<br>P.O. Box 2088<br>Dept. 3931<br>Milwaukee, WI 53201-2088 | BIG BAY LUMBER<br>1017 W. Division<br>Chicago, IL 60642-4298 |
| BOSTIK FINDLEY, INC.<br>22838 Network Place<br>Chicago, IL 60673-1227 | BROWN, UDELL & POMERANTZ, LTD<br>1332 North Halsted Street<br>Suite 100<br>Chicago, IL 60642-2637 | Benoit, Ray<br>1915 Westfield<br>Griffith, IN 46319-2073 |
| Berlin Metals LLC<br>Euler Hermes ACI<br>Agent of Berlin Metals LLC<br>800 Red Brook Blvd<br>Owings Mills, MD 21117-5173 | CAMPBELL & LEVINE, LLC<br>Aurelius P Robleto Esq<br>1700 Grant Building<br>Pittsburgh, PA 15219 | CREATIVE VINYL PRODUCTS, INC.<br>1963 Touhy Ave.<br>Elk Grove Village, IL 60007-5315 |
| Carrillo, Osvaldo<br>5602 S Francisco<br>Chicago, IL 60629-2113 | Charles Chung<br>9114 Carlisle Lane<br>Orland Park, IL 60462-3377 | Chase Capital Corporation<br>c/o Erin M. Casey<br>Goldberg Kohn<br>55 E Monroe St, Suite 3300<br>Chicago, IL 60603-5800 |
| Patrick A Clisham<br>Shaw Gussis Fishman Glantz Wolfson<br>321 North Clark Street<br>Suite 800<br>Chicago, IL 60654-4766 | Cole Parmer Instrument<br>625 E Bunker Ct<br>Vernon Hills, IL 60061-1844 | Colorado Dept of Revenue<br>1375 Sherman St Rm 504<br>Attn Bankruptcy Unit<br>Denver, CO 80261-2200 |
| ComEd<br>2100 Swift Drive<br>Attn Bankruptcy Sec/Revenue Mgt<br>Oakbrook, IL 60523-1559 | Con-Way Freight Inc<br>c/o RMS Bankruptcy Recovery Services<br>P O Box 5126<br>Timonium, MD 21094-5126 | Connecticut Dept of Revenue Serv<br>C&E Division Bankruptcy Section<br>25 Sigourney St<br>Hartford, CT 06106-5032 |

Door Systems Inc.
751 Expressway Dr.
Itasca, IL 60143-1321

FASTENAL COMPANY
P.O. Box 978
Winona, MN 55987-0978

General American Life Insurance Company
c/o Rebecca O. Fruchtman
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Suite 2800
Chicago IL 60601-4277

General Electric Capital Corporation
Ann E Pille
c/o Reed Smith LLP
10 S Wacker Dr  Ste 4000
Chicago, IL 60606

Great-West Life & Annuity Insurance Co
as administered by Connecticut General
Life Ins Co   Attn Marylou Kilian Rice
900 Cottage Grove Road - B6LPA
Hartford, CT 06152-0001

H-O PRODUCTS
12 Munro Street
Winsted, CT 06098-1423

HY-LITE PRODUCTS, INC
3000 Johnson Ave
Pensacola, FL 32514

Hartford Fire Inc Co
as Assignee of Hartford Specialty
Bankruptcy Unit T-1-55
Hartford Plaza
Hartford, CT 06115

INTERMAC INC.
P.O. Box 19849
4110 Meadow Oak Dr.
Charlotte, NC 28208-7721

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Illinois Department of Employment Security
33 South State Street
Bankruptcy Unit -10th Flr
Chicago, Illinois 60603-2808

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, IL 60664-0338

JP Morgan Chase Bank NA
Trustee Republic Windows & Doors LLC
One Chase Manhattan Plaza
New York, NY 10005-1401

JPMorgan Chase Bank N.A.
Trustee,Republic Windows & Doors LLC
383 Madison Ave 11th Floor
Attn: Ann Osti
New York, NY 10179-0001

Jacqueline A Sternberg
16533 W Ash Lane
Lockport, IL 60441-4350

KENTUCKY DEPARTMENT OF REVENUE
LEGAL BRANCH - BANKRUPTCY SECTION
ATTN:LEANNE WARREN
P O BOX 5222
FRANKFORT, KY. 40602-5222

KOHNER,MANN AND KAILAS, S.C.
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1991

LEVIN GINSBURG
180 North LaSalle Street
Suite 3200
Chicago, IL 60601-2800

Larry Fields
840 N Lake Shore Dr.
Suite 1401
Chicago, IL 60611-2493

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Phillip D Levey ESQ
2722 North Racine Avenue
Chicago, IL 60614-1206

Sara E Lorber
The Law Office of William J. Factor
105 W. Madison St.
Suite 1500
Chicago, IL 60602-4602

MCMASTER-CARR SUPPLY CO.
P.O. Box 7690
Chicago, IL 60680-7690

MIGHTY PAC
c/o Michael C Moody
O'Rourke & Moody
55 W Wacker Dr  14th Fl
Chicago, IL 60601

MILLER COOPER & CO., LTD.
1751 Lake Cook Road
Suite 400
Deerfield, IL 60015-5286

MSC Industrial Supply Company
75 Maxess Road
Melville, NY 11747-3151

McClain, Darnell
6634 S. Seeley Ave.
Chicago, IL 60636-2523

McNulty, Catherine
1121 Elgin Ave.
Forest Park, IL 60130-2332

Metro Anesthesia Cons LLC
1133 Westgate Drive  Ste 101
Oak Park, IL 60301-1030

| | | |
|---|---|---|
| Michael Tate<br>James P Leahy Atty at Law<br>1275 Davis Road Ste 131<br>Elgin, IL 60123-1304 | Missouri Department of Revenue<br>P.O. Box 840<br>Jefferson City, MO 65105-0840 | Mobile Mini Inc<br>7420 S Kyrene Road Ste 101<br>Tempe, AZ 85283-4610 |
| NEWARK ELECTRONIC<br>P.O. Box 94151<br>Palatine, IL 60094-4151 | NMHG Financial Services<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | National Labor Relations Board<br>Joseph A Barker Regional Dir<br>209 S. LaSalle Street<br>Suite 900<br>Chicago, IL 60604 |
| National Processing Company<br>5100 Interchange Drive<br>Louisville, KY 40229-2160<br>Attn Kathleen Clark | (p)NORTHERN LEASING SYSTEMS INC<br>525 WASHINGTON BLVD 15 FLOOR<br>JERSEY CITY NJ 07310-1606 | OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530, COLUMBUS, OH. 43216 |
| OLD CASTLE GLASS<br>13693 Collections Center Drive<br>Chicago, IL 60693-0136 | Onesource Coil Coaters LLC<br>c/o Coface North America Inc<br>50 Millstone Rd<br>Bldg 100 Ste 360<br>East Windsor, NJ 08520-1415 | Orozco, Angelica<br>1046 Crestwood Lane<br>Bolingbrook, IL 60440-1645 |
| PALEY ROTHMAN<br>Goldstein Rosenberg Eig & Cooper<br>4800 Hampden Ln., 7th Floor<br>Bethesda, MA 20814-2955 | PARKSITE, INC.<br>1563 Hubbard St.<br>Batavia, IL 60510-1419 | Pitney Bowes Inc<br>27 Waterview Dr<br>Shelton CT 06484-4361 |
| Purcell & Wardrope, Chtd.<br>Thomas B Underwood<br>10 S. LaSalle Street, Suite 1200<br>Chicago, IL 60603 | R I Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908-5800 | RYAN BUILDING GROUP<br>945 N. Plum Grove Road<br>Schaumburg, IL 60173-4704 |
| Roadway Express<br>c/o RMS Bankruptcy Recovery Serv<br>P O Box 5126<br>Timonium, MD 21094-5126 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Ruan Transport Corp<br>Attn Ken Baird<br>666 Grand Ave Fl 31<br>Des Moines, IA 50309-2506 |
| Ryder Truck Rental Inc<br>Attn Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005-8882 | SILVERMAN OLSON THORVILSON & KAUFMANN LT<br>920 Second Avenue South<br>Minneapolis, MN 55402-3318 | STEINER ELECTRIC<br>1250 Touhy Ave<br>Elk Grove Village, IL 60007 |
| STURTZ MACHINERY<br>30500 Aurora Rd.<br>Solon, OH 44139-2785 | Schultz, Steven<br>118 Brentwood Hts Rd<br>Council Bluffs, IA 51503-5512 | Securitas Security Services USA Inc<br>Attn Jaime Bergara Credit Manager<br>4330 Park Terrace Drive<br>Westlake Village, CA 91361-4630 |
| Brian L Shaw<br>Shaw Fishman Glantz & Towbin LLC<br>321 N Clark Street<br>Suite 800<br>Chicago, IL 60654-4766 | (p)IOWA DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 10471<br>DES MOINES IA 50306-0471 | State of Michigan, Department of Treasury<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909-8254 |

| | | |
|---|---|---|
| (p)STATE OF NEW JERSEY<br>DIVISION OF TAXATION BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08646-0245 | U S Department of Labor<br>Employee Benefits Security Adm<br>200 Constitution Ave NW Rm N5668<br>Washington, DC 20210-0001 | U.S. Department of Labor, EBSA<br>200 W. Adams St., Suite 1600<br>Chicago, IL 60606-5228 |
| United Electrical Radio & Machine<br>Works of America (UE) Local 1110<br>c/o UE Western Region<br>37 S Ashland St<br>Chicago, IL 60607-1805 | United Healthcare Insurance Co<br>Corinne A Boesz<br>185 Asylum Street-03B<br>Hartford, CT 06103-3402 | VEKA Inc<br>c/o Thomas D Maxson<br>Cohen & Grigsby PC<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152 |
| VENTURE TAPE CORP.<br>NW5935<br>P.O. Box 1450<br>Minneapolis, MN 55485-5935 | VISION INDUSTRIES GROUP, INC<br>500 Metuchen Road<br>South Plainfield, NJ 07080-4810 | VOSS EQUIPMENT<br>15241 Commercial Avenue<br>Harvey, IL 60426-2396 |
| Veka Innovations Inc<br>Thomas D Maxon Esquire<br>Cohen & Grigsby PC<br>625 Liberty Ave<br>Pittsburgh, PA 15222-3152 | WASTE MANAGEMENT of ILLINOIS Inc<br>c/o John G Young Jr<br>Stinson Morrison Hecker LLP<br>7700 Forsyth Blvd Ste 1100<br>St Louis, MO 63105-1848 | WRIGHT EXPRESS<br>Financial Services<br>P O Box 639<br>Portland, ME 04103 |
| Waste Management - RMC<br>2625 W Grandview Rd Ste 150<br>Phoenix, AZ 85023-3109 | White, Lubertha<br>1035 Washignton Blvd<br>Oak Park, IL 60302-3755 | Wisconsin Dept of Revenue<br>Special Procedures Unit<br>P O Box 8901<br>Madison, WI 53708-8901 |
| Wm. Wrigley Jr. Corporation<br>c/o Deborah L. Thorne<br>Barnes & Thornburg LLP<br>1 North Wacker Dr., # 4400<br>Chicago, IL 60606-2841 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street<br>Level 7-400<br>Chicago, Illinois 60601 | Northern Leasing Systems, Inc.<br>132 W. 31st St.<br>14th Floor<br>New York, NY 10001-3405 |
| State of Iowa<br>Iowa Dept of Revenue<br>Attn: Bankruptcy Unit<br>P O Box 10471<br>Des Moines IA 50306 | State of New Jersey<br>Division of Taxation<br>Compliance Activity<br>P O Box 245<br>Trenton, NJ 08695-0245 | End of Label Matrix<br>Mailable recipients   105<br>Bypassed recipients     0<br>Total                  105 |

## CM/ECF SERVICE LIST

Airgas North Central, Inc.- Gregory S. Otsuka - gregoryotsuka@paulhastings.com
Bank Of America - Josef S. Athanas - josef.athanas@lw.com
Bank of Montreal, Chicago Branch, as Agent - Scott Lewis - slewis@chapman.com
Cabot Acquisition, LLC - William R. Brodzinski - bill@brodzinskilaw.com
Chase Capital Corporation - Randall Klein - randall.klein@goldbergkohn.com
Crane, Heyman, Simon, Welch & Clar - Scott R Clar - sclar@craneheyman.com
Jonathan M. Cyrluk - jcyrluk@sdrlegal.com
Echo Windows and Doors, LLC - Gregory S. Otsuka - gregoryotsuka@paulhastings.com
William Factor - wfactor@wfactorlaw.com
Frankenmuth Mutual Insurance Company - Raymond M Krauze - rkrauze@brycedowney.com
General Electric Capital Corporation - Ann E Pille - ann.pille@dlapiper.com
Hangups, Inc. - Raymond M Krauze - rkrauze@brycedowney.com
Hartford Fire Insurance Company - Brad Berish - bberish@ag-ltd.com
Illinois Department Of Revenue - Faith Dolgin - faith.dolgin@illinois.gov
JPMorgan Chase Bank, N.A. - randall.klein@goldbergkohn.com
Gregory Jerantowski - Michael R Richmond - mrichmond@hellerrichmond.com
Michael L. Kayman - Micah R Krohn - mkrohn@fgllp.com
Patrick S Layng, U.S. Trustee - USTPRegion11.ES.ECF@usdoj.gov
Lenny Szarek, Inc. - Jennifer L Johnson - jjohnson@zcwlaw.com
Phillip D. Levey - levey47@hotmail.com
Lynch & Stern LLP - Daniel F Lynch - dlynch@lynchthompson.com
Master Brew Beverages, Inc. - Timothy J. McGonegle - tmcgonegle@comcast.net
Midwest Welding Supply Inc. - Pete V Albanis - palbanis@tsmp.com
Much Shelist, P.C. - Norman B Newman - nnewman@muchshelist.com
NMHG Financial Services Inc. - Ann E Pille - ann.pille@dlapiper.com
National Labor Relations Board - Elizabeth S Cortez - elizabeth.cortez@nlrb.gov
Optima, Inc. - Brendan J. Nelligan - bnelligan@pretzel-stouffer.com
Realization Advisors, Inc. - Micah R Krohn - mkrohn@fgllp.com
Republic Windows & Doors LLC - Brian L Shaw - bshaw100@shawfishman.com
SM IL, LLC - David A. Golin - david.golin@saul.com
Paul Smolen - Christopher P Hughes - chughes@gwclaw.com
UnitedHealthcare Insurance Company - Eric S. Goldstein - egoldstein@goodwin.com
VEKA Inc.-Gabriel Reilly-Bates- gbates@taftlaw.com; Lynn A. Ellenberger-lellenberger@shefskylaw.com
Wm. Wrigley Jr. Co. - Deborah L. Thorne - dthorne@btlaw.com